IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DEREK MOORE,** *et al.*,<br><br>          Plaintiffs,<br><br>vs.<br><br>**ADVANCED CABLE CONTRACTORS, INC.,** *et al.*<br><br>          Defendants. | CIVIL ACTION FILE NO.<br>1:12-cv-0115-RWS |

**PLAINTIFFS' MOTION TO TEMPORARILY FILE MOTION TO ENFORCE SETTLEMENT AND FOR ATTORNEY'S FEES UNDER SEAL**

Lead Plaintiff Derek Moore, and opt-in plaintiffs Monty Danenberg, Patrick Thompson and Rodney Jean , through their counsel and on behalf of the class, and Defendants move for an order requesting that the Court temporarily seal Plaintiffs' Motion to Enforce Settlement and For Attorney's Fees. On April 2, 2014, the Court allowed certain documents relating to settlement to be filed under seal, but made clear that it was not inclined to allow settlement of this case to remain confidential. Accordingly, Plaintiffs request that the Court temporarily seal Plaintiffs' Motion to Enforce Settlement and for Attorney's Fees. A

1

proposed order is attached.

Dated: 29 April 2014.

>By: **s/ Stephen M. Katz**
>Stephen M. Katz, Esq.
>**THE KATZ LAW GROUP** LLC
>4799 Olde Towne Parkway
>Suite 200
>Marietta, Georgia 30068-4350
>Telephone: 770.988.8181
>Facsimile: 770.988.8182
>Email: smkatz@smk-law.com

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon all counsel of record

**PLAINTIFFS' MOTION TO TEMPORARILY FILE MOTION TO ENFORCE SETTLEMENT AND FOR ATTORNEY'S FEES UNDER SEAL**

by electronically filing the document and all attachments, if any, with the Clerk, U.S. District Court, N.D.Ga. using the CM/ECF system which automatically sends notification of the filing to the following attorneys:

> David E. Gevertz, Esq.
> Kathryn J. Hinton, Esq.
> Baker, Donelson, Bearman,
> Caldwell & Berkowitz, P.C.
> Monarch Plaza, Suite 1600
> 3414 Peachtree Road, N.E.
> Atlanta, Georgia 30326-1164

Dated: 29 April 2014.

> By: **s/ Stephen M. Katz**
> Stephen M. Katz, Esq.
> **THE KATZ LAW GROUP** LLC
> 4799 Olde Towne Parkway
> Suite 200
> Marietta, Georgia 30068-4350
> Telephone: 770.988.8181
> Facsimile: 770.988.8182
> Email: smkatz@smk-law.com