IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEREK MOORE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANCED CABLE CONTRACTORS, INC., *et al.* <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:12-cv-0115-RWS |

## ORDER

It is hereby **ORDERED** that Plaintiffs' Motion to Motion to Enforce Settlement And For Attorney's Fees be sealed until further order of the Court.

_____
Richard W. Story
United States District Judge