IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEREK MOORE ) | |
| On behalf of himself and all others ) | |
| similarly situated. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 1:12 CV-115-RWS |
| ) | |
| ADVANCED CABLE ) | |
| CONTRACTORS, INC., ) | |
| A Georgia Corporation; ) | |
| AND LISA ADCOX MEYER ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AND FOR ATTORNEY'S FEES UNDER SEAL**

Defendants Advanced Cable Contractors, Inc. ("Advanced Cable") and Lisa Adcox Meyer (collectively "Defendants") hereby file this Motion to Seal Defendants' Response to Plaintiffs' Motion to Enforce Settlement and for Attorney's Fees, pursuant to Judge Story's Standing Order Regarding Civil Litigation and Fed. R. Civ. P. 5.2(d). A copy of this filing has been submitted with this motion in a separately sealed envelope. Defendants have filed a Notice of Filing electronically pursuant to Judge Story's Standing Order.

1

On March 5, 2014, Plaintiffs and Defendants reached a settlement in a final mediation session before The Hon. E. Clayton Scofield, III.  On April 29, 2014, Plaintiffs filed a Motion to Enforce Settlement and for Attorney's Fees, which contains terms of the settlement agreement that the parties agreed to keep confidential.  Plaintiffs moved the Court to seal that filing, and the Court granted that request.  Defendants' response also includes confidential terms of the settlement agreement.  Accordingly, they respectfully request that the Court allow them to file that document under seal.

Respectfully submitted this 14th day of May, 2014.

**s/Kathryn J. Hinton**
David E. Gevertz, Esq.
GA Bar No. 292430
Kathryn J. Hinton
GA Bar No. 542930
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326-1164
Phone:  678-406-8736
Fax:  678-406-8836
dgevertz@bakerdonelson.com
khinton@bakerdonelson.com

**Attorneys for Defendants**

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in local rule 5.1(C) and 7.1(D).

| | |
|---|---|
| **May 14, 2014**<br>**Date** | _s/Kathryn J. Hinton<br>GA Bar No. 542930<br>Baker, Donelson, Bearman,<br>Caldwell & Berkowitz, P.C.<br>Monarch Plaza, Suite 1600<br>3414 Peachtree Road, N.E.<br>Atlanta, Georgia 30326-1164<br>Phone:  404-223-2216<br>Fax:  404-238-9785<br><br>**Attorney for Defendants** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing *Defendants' Motion for Leave to File Response to Plaintiffs' Motion to Enforce Settlement Agreement and for Attorney's Fees Under Seal* by via U.S. Mail and e-mail to the following attorney of record:

Stephen M. Katz
The Katz Law Group
4799 Olde Towne Parkway, Suite 200
Marietta, Georgia 30068
smkatz@smk-law.com

This 14th day of May, 2014.

  **s/Kathryn J. Hinton**
Kathryn J. Hinton, Esq.
GA Bar No. 542930
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326-1164
Phone: 404-223-2216
Fax: 404-238-9785

**Attorney for Defendants**