IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEREK MOORE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANCED CABLE CONTRACTORS, INC., *et al.* <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:12-cv-0115-RWS |

### ORDER

It is hereby ORDERED that Plaintiffs' Reply Brief in Support of Motion to Motion to Enforce Settlement And For Attorney's Fees be sealed until further order of the Court.

Richard W. Story
United States District Judge