IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DEREK MOORE,** *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **ADVANCED CABLE CONTRACTORS, INC.,** *et al.* <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:12-cv-0115-RWS |

**PLAINTIFFS AND CLASS COUNSEL'S MOTION
TO ENFORCE SETTLEMENT AND FOR ATTORNEY'S FEES**

Lead Plaintiff Derek Moore, all opt-in plaintiffs, and counsel for the class move for an order enforcing the settlement approved by the Court on September 2, 2014. Monthly payments were to begin on September 12, 2014, but Defendants have defaulted and indicated that they intend to unilaterally modify the terms and conditions of payment of the settlement. Plaintiffs file a Memorandum of Law and Exhibits 1-7 in support of their motion.

**WHEREFORE**, Plaintiffs request that the Court enter an Order enforcing the settlement, entering judgment against the Defendants in

–1–

the amount of $200,000, and awarding Plaintiffs attorney's fees pursuant to GA. CODE ANN. § 13-6-11 or the inherent authority of the Court.

Dated: 18 September 2014.

By: **s/ Stephen M. Katz**
Stephen M. Katz, Esq.
**THE KATZ LAW GROUP** LLC
4799 Olde Towne Parkway
Suite 200
Marietta, Georgia 30068-4350
Telephone: 770.988.8181
Facsimile: 770.988.8182
Email: smkatz@smk-law.com

CERTIFICATE OF SERVICE

This is to certify that I have this date served upon all counsel of record

**PLAINTIFFS AND CLASS COUNSEL'S MOTION TO
ENFORCE SETTLEMENT AND FOR ATTORNEY'S FEES**

by electronically filing the document and all attachments, if any, with the Clerk, U.S. District Court, N.D.Ga. using the CM/ECF system which automatically sends notification of the filing to the following attorneys:

David E. Gevertz, Esq.
Kathryn J. Hinton, Esq.
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326-1164

Dated: 18 September 2014.

By: **s/ Stephen M. Katz**
Stephen M. Katz, Esq.
**THE KATZ LAW GROUP** LLC
4799 Olde Towne Parkway
Suite 200
Marietta, Georgia 30068-4350
Telephone: 770.988.8181
Facsimile: 770.988.8182
Email: smkatz@smk-law.com