**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

DEREK MOORE,                                    :
on behalf of himself and all others             :
similarly situated,                             :
                                                :
      Plaintiff,                :      CIVIL ACTION NO.
                                                :      1:12-CV-0115-RWS
v.                                              :
                                                :
ADVANCED CABLE                                  :
CONTRACTORS, INC.,a Georgia                     :
Corporation and LISA ADCOX                      :
MEYER,                                          :
                                                :
      Defendants.               :

## ORDER

This case is before the Court for consideration of Plaintiff's and Class

Counsel's Motion to Enforce Settlement and for Attorney's Fees [208]. After

reviewing the Motion and Defendants' Response [209] thereto, the Court enters

the following Order.

The Court finds that the proposed Payment Schedule that was attached to

the original Settlement Agreement as "Attachment A" was inadvertently

overlooked by Defendants' counsel. Thus, no objection to the Payment

AO 72A
(Rev.8/82)

Schedule was made. When the full Settlement Agreement was submitted to the Court, it did not include Attachment A. Neither of the parties' executed versions of the Agreement contained Attachment A. After the Court approved the Settlement Agreement, Defendants' counsel prepared a schedule for weekly payments pursuant to Defendant Advance Cable's normal payroll schedule. Plaintiff's counsel objected to the schedule based on the assumption that Attachment A had been approved. Defendant Advanced Cable has made payments consistent with their proposed payment schedule which is not inconsistent with the terms of the Settlement Agreement approved by the Court.

In their Response to the Motion, Defendants propose to make payments according to Plaintiff's schedule but that the payments be made on a weekly basis so as to coordinate with Advanced Cable's payroll schedule. Defendants would also be allowed to begin the monthly payments on September 12, 2014 and proceed weekly from that date, such that the monthly payments go from mid-month to mid-month.

The Court finds that the compromise proposed by Defendants is reasonable. Therefore, it is hereby **ORDERED** that the payments proceed on

2

the schedule proposed by Defendants in their Response. Plaintiff's Motion for

Attorney's Fees is **DENIED**.

      **SO ORDERED**, this   28th  day of October, 2014.


                         **RICHARD W. STORY**
                         United States District Judge

3